# UNITED STATES DISTRICT COURT

for the
District of Colorado

**MICHAEL SCOFIELD, on behalf of himself and others similarly situated**

*Plaintiff*

v.

**1-800-HANSONS, LLC**

*Defendant*

Civil Action No. 1:26-cv-04183-SBP

## AFFIDAVIT OF SERVICE

I, Krishawn Dillard, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to 1-800-HANSONS, LLC in Oakland County, MI on September 16, 2026 at 12:09 pm at 977 E 14 Mile Rd, Troy, MI 48083-4519 by leaving the following documents with Sylvia Moore who as Director of first impressions is authorized by appointment or by law to receive service of process for 1-800-HANSONS, LLC.

SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=42.5347937014,-83.1022381833
Photograph: See Exhibit 1

Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Wayne County,

MI on 9/16/2026.

/s/ Krishawn Dillard

Signature

Krishawn Dillard
+1 (313) 977-5214


HE
ARPET GUYS
SHOWROOM HOURS
Monday - Sunday
9am - 6pm
Additional Times
By Appointment Only
Please call
248-291-5920
CARPETGUYS.COM
Design Studio
Welcome To
1-800 HANSONS
hansons.com
1-800 HANSONS
Corporate Headquarters
Office Hours
8 a.m. - 5 p.m. Mon. - Fri.
To set up a sales or service appointment, please call 24/7
1-800-426-7667
Your Trusted Home Improvement Expert for a Lifetime

Exhibit 1a)


Exhibit 1b)
977