**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

1-800-Hansons, LLC,

Defendant.

Case No. 1:26-cv-04183-SBP

**STIPULATION FOR EXTENSION OF**
**TIME TO RESPOND TO COMPLAINT**

Plaintiff Michael Scofield ("Plaintiff") and Defendant 1-800-Hansons, LLC ("Defendant"), through their undersigned counsel, stipulate to a one-time extension of twenty-one days for Defendant to respond to Plaintiff's Complaint:

1. Plaintiff filed the Complaint on September 7, 2026. *See* ECF No. 1.

2. Plaintiff served Defendant with the Summons and Complaint on September 16, 2026. *See* ECF No. 4.

3. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's current deadline to answer or otherwise respond to the Complaint is October 7, 2026.

4. Local Rule 6.1(a) permits the parties to stipulate in writing to one extension of not more than twenty-one days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading.

5. Such a stipulation filed before the response deadline expires is effective upon

filing unless the Court orders otherwise. D.C.COLO.LCivR 6.1(a).

6. The parties stipulate and agree that Defendant's deadline to answer or otherwise respond to the Complaint is extended by twenty-one days, through and including October 28, 2026.

7. This is the first extension of Defendant's response deadline. No prior extension has been sought or granted.

8. This Stipulation is filed before the expiration of Defendant's current response deadline.

9. By entering this Stipulation, Defendant does not waive, and expressly reserves, all defenses, objections, and arguments, including those available under Fed. R. Civ. P. 12(b).

Respectfully submitted this 1st day of October, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (with permission)
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff Michael Scofield*

*/s/ Matthew A. Keilson*
Matthew A. Keilson
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, GA 30309
T: (305) 498-3216
E: mkeilson@wtlaw.com

*Counsel for Defendant 1-800-Hansons, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2026, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Matthew A. Keilson*
Matthew A. Keilson