**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1-800-Hansons, LLC,<br><br>Defendant. | Case No. 1:26-cv-04183-SBP |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant 1-800-Hansons, LLC ("Defendant") states that Defendant's sole member and direct parent company is Hanson Intermediary, LLC. Hanson Intermediary, LLC's direct parent company is Hansons Holdings, LLC, whose direct parent company is Hansons Superholdings, LLC. The Huron Fund V L.P. is at least a 10% owner in Hansons Superholdings, LLC, which is the ultimate parent company of Defendant.

Respectfully submitted this 1st day of October, 2026.

*/s/ Matthew A. Keilson*

Matthew A Keilson
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, GA 30309
T: (305) 498-3216
E: mkeilson@wtlaw.com

*Counsel for Defendant 1-800-Hansons, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2026, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Matthew A. Keilson*
Matthew A. Keilson