**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1-800-Hansons, LLC,<br><br>Defendant. | Case No. 1:26-cv-04183-SBP |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1(b), Defendant 1-800-Hansons, LLC, hereby moves the Court for a 14-day extension of time—through December 2, 2026—to answer or otherwise respond to Plaintiff's class action complaint. Defendant states as follows in support.

1. Defendant's current responsive pleading deadline is November 18, 2026, pursuant to the Court's order granting Defendant's prior unopposed motion for extension of time. ECF No. 8. That deadline has not yet passed.

2. Since Defendant's prior request, counsel for the parties have engaged in good-faith discussions regarding a potential early resolution of this matter, and the parties continue to exchange information relevant to those discussions. The requested extension will allow those discussions to continue, which may obviate the need for further litigation and conserve the resources of the parties and the Court.

3. This is Defendant's third request for an extension, and Defendant does not anticipate seeking any further extensions. No prejudice will result from granting Defendant's request. The requested extension will not affect any other currently set deadlines or settings, either.

4. This request is made for good cause and not for delay.

5. Rule 6(b) of the Federal Rules of Civil Procedure vests this Court with the discretion to grant this extension. Fed. R. Civ. P. 6(b).

6. Defendant has conferred with Plaintiff via email under Local Civil Rule 7.1(a). Plaintiff's counsel has confirmed that he does not oppose Defendant's request.

Accordingly, Defendant respectfully requests that the Court grant this motion and allow it until December 2, 2026, to answer or otherwise respond to the complaint.

Respectfully submitted this 16th day of November 2026.

*/s/ Matthew A. Keilson*
Matthew A. Keilson
PRID 2667518
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel.: (305) 498-3216
mkeilson@wtlaw.com

*Counsel for Defendant 1-800-Hansons, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew A. Keilson*
Matthew A. Keilson