**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1-800-Hansons, LLC,<br><br>Defendant. | Case No. 1:26-cv-04183-SBP |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Having considered Defendant 1-800-Hansons, LLC's unopposed motion for extension of time to respond to Plaintiff's complaint, and for cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant 1-800-Hansons, LLC, will have until December 2, 2026, to answer or otherwise respond to the complaint.

**SO ORDERED** this ________ day of _____________ 2026.

______________________________________
Hon. Susan Prose
United States Magistrate Judge